UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CITY OF TALLAHASSEE,

    VS                                                                  CASE NO.  4:11-cv-00395-RH-CAS

FEDERATED PUBLICATIONS INC,
ACS STATE AND LOCAL SOLUTIONS
INC,

## JUDGMENT

It is declared that the Driver's Privacy Protection Act does not prohibit the City of Tallahassee and its contractor ACS State and Local Solutions, Inc. from disclosing red-light violation notices—or excerpts of the information they contain—in response to an otherwise valid public-records request.

By September 10, 2012, the City and ACS must produce to Federated copies of the requested violation notices or excerpts of the information they include in a form acceptable to the City, ACS, and Federated.

                                                                JESSICA J. LYUBLANOVITS
                                                                CLERK OF COURT

 August 13, 2012                     s/ Kayla Bruner
DATE                                  Deputy Clerk: Kayla Bruner